UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND,

          Plaintiffs,

-against-

NGUYEN CUSTOM WOODWORKING, LLC,

          Defendant.

21 CV 11015 (JPO)

**DEFAULT JUDGMENT**

WHEREAS, the Complaint in this action, having been duly served on the above-named Defendant NGUYEN CUSTOM WOODWORKING, LLC, and said Defendant having failed to appear in this matter, and said default having been duly noted, and upon the annexed Declaration of John M. Harras, Esq. with corresponding exhibits, the Statement of Damages, and all pleadings and papers heretofore had herein;

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiff, it is hereby:

ORDERED, ADJUDICATED, and DECREED that Plaintiffs, have judgment against NGUYEN CUSTOM WOODWORKING, LLC, with its principal place of business at 780 East 134th Street, 5th Floor, Bronx, New York 10454 as follows:

1. Awarding a judgment in favor of Plaintiff and against Defendant in the amount of $585,140.55; and

2. Awarding Plaintiff post-judgment interest at the statutory rate.

The Clerk is directed to close ECF No. 11 and to close this case.

_____
J. PAUL OETKEN
United States District Judge

Dated January 26, 2023.